DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SANDRA DAVIS,**
Appellant,

v.

**JESSICA MURO,**
Appellee.

No. 4D16-2713

[November 2, 2017]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Edward Artau, Judge; L.T. Case No. L.T. Case No. 502011CA019191XXXXMB.

Jeffrey M. James of Banker Lopez Gassler, P.A., Tampa, for appellant.

Nichole J. Segal and Andrew A. Harris of Burlington & Rockenbach, P.A., West Palm Beach, and William D. Zoeller of Schuler, Halvorson, Weisser, Zoeller & Overbeck, P.A., West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, FORST and KUNTZ, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***